**Electronically Filed
Supreme Court
SCPW-25-0000021
07-MAY-2025
07:57 AM
Dkt. 6 ODDP**

SCPW-25-0000021

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

GREG SCHER, Petitioner,

vs.

THE HONORABLE MICHELLE N. COMEAU,
Judge of the District Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

LIONEL LUN, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DRC-24-0008483)

ORDER DENYING PETITION FOR WRITS OF MANDAMUS AND PROHIBITION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writs of mandamus

and prohibition filed January 10, 2025, and the record,

Petitioner has not demonstrated a clear and indisputable right

to relief nor a lack of alternative means to seek relief.  See

Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537

P.3d 1154, 1166 (2023); see also Hawaiʻi Revised Statutes (HRS) § 641-1(a) (2016); HRS § 521-78 (2018).

It is ordered that the petition is denied. The clerk shall process the petition without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, May 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens